No. 1168. GIUSSEPPE MORELLO, PETITIONER, *v.* THE UNITED STATES. June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals

for the Second Circuit denied. *Mr. W. Bourke Cockran* for the petitioner. *The Solicitor General* for the respondent. :